# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00549-CR

**Willie Dan Majors III, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 53011, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

In April 2002, the district court deferred adjudication after appellant Willie Dan Majors III pleaded guilty to unlawfully carrying a weapon on a licensed premises. *See* Tex. Pen. Code Ann. § 46.02 (West 2003). In August 2003, the court adjudicated Majors guilty and sentenced him to five years in prison and a $490 fine. After Majors completed boot camp, he was placed on community supervision. In August 2004, the court revoked supervision and imposed sentence after Majors admitted violating the conditions of his supervision.

Majors's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v.*

*State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Majors received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

The order revoking community supervision is affirmed.

_____

Bea Ann Smith, Justice

Before Justices Smith, Puryear and Pemberton

Affirmed

Filed: March 10, 2005

Do Not Publish